**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

HEATHER MURRAY, STATE OF CALIFORNIA, STATE OF COLORADO, STATE OF DELAWARE, STATE OF FLORIDA, STATE OF GEORGIA, STATE OF HAWAII, STATE OF ILLINOIS, STATE OF INDIANA, STATE OF IOWA, STATE OF LOUISIANA, STATE OF MARYLAND, COMMONWEALTH OF MASSACHUSETTS, STATE OF MICHIGAN, STATE OF MINNESOTA, STATE OF MONTANA, STATE OF NEVADA, STATE OF NEW JERSEY, STATE OF NEW MEXICO, STATE OF NEW YORK, STATE OF NORTH CAROLINA, STATE OF OKLAHOMA, STATE OF RHODE ISLAND, STATE OF TENNESSEE, STATE OF TEXAS, COMMONWEALTH OF VIRGINIA, STATE OF WASHINGTON, STATE OF WISCONSIN and THE DISTRICT OF COLUMBIA,

    Plaintiffs,

v.                                                          Case No: 8:16-cv-226-T-30JSS

GRIFOLS USA, LLC, GRIFOLS BIOLOGICALS, INC., GRIFOLS, S.A. and GRIFOLS, INC.,

    Defendants.

---

**ORDER OF DISMISSAL**

    Before the Court is the Plaintiff's Notice of Voluntary Dismissal (Dkt. #16).   Upon review and consideration, it is

**ORDERED AND ADJUDGED** as follows:

1. The Relator's action is dismissed without prejudice to the United States.

2. The Relator's action is dismissed without prejudice to the Plaintiff States.

3. All pending motions are denied as moot.

4. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida, this 8th day of March, 2017.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record